# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 26-1209                **Short Title:** Gordon-Darby v. Quinn, et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from _January 27, 2026_
   2. Date this notice of appeal filed _February 10, 2026_
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes   [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes   [✓] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [✓] Yes   [ ] No
         If yes, explain _Appeal of issuance of preliminary injunction per 28 U.S.C. 1292(a)(1)_

C. Has this case previously been appealed?  [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party Gordon-Darby Holdings, Inc.
   Attorney See attached sheet for list of counsel
   Address
   Telephone

2. Adverse party
   Attorney
   Address
   Telephone

3. Adverse party
   Attorney
   Address
   Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name Commissioner Robert Quinn, NH Dept. of Safety, in his official capacity
   Address 33 Hazen Drive, Concord, New Hampshire 03305
   Telephone 603-271-2791

   Attorney's name Mark L. Lucas, Asst. Attorney General; Joshua C. Harrison, Asst. Attorney General
   Firm New Hampshire Office of the Attorney General, NH Dept. of Justice
   Address 1 Granite Place South, Concord, NH 03301
   Telephone 603-271-3679

2. Appellant's name Commissioner Robert Scott, NH Dept. of Environmental Services
   Address 29 Hazen Drive, Concord, New Hampshire 03302
   Telephone 603-271-3503

   Attorney's name Same as above
   Firm
   Address
   Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Joshua C. Harrison, 1st Cir. #1194556
Date  March 6, 2026

**Gordon-Darby Holdings, Inc. v. Robert L. Quinn, Commissioner, NH Dept. of Safety and Robert R. Scott, Commissioner, NH Dept. of Environmental Services**

**First Circuit Court of Appeals – Case No. 26-1209**

**Supplement to Docketing Statement**

Section F – Adverse Party and Attorney Information:

Gordon-Darby Holdings, Inc. Attorney Information:

- McGuireWoods LLP
  888 16th Street NW, Suite 500
  Washington, DC 20006

    - Andrew Knudsen
      aknudsen@mcguirewoods.com
      202-857-2443

    - Allison Wood
      awood@mcguirewoods.com
      202-857-2420

    - Kirsten Bahnson
      kbahnson@mcguirewoods.com
      202-828-2822

    - Makram Jaber
      mjaber@mcguirewoods.com
      202-828-3356

- BCM Environmental & Land Law, PLLC
  3 Maple Street
  Concord, NH 03301

    - Amy Manzelli
      manzelli@nhlandlaw.com
      603-225-2585

    - Andrian Lee
      lee@nhlandlaw.com
      603-225-2585