# United States Court of Appeals
## For the First Circuit

_____

No. 26-1209

GORDON-DARBY HOLDINGS, INC.,

Appellee,

v.

ROBERT L. QUINN, in the official capacity as Commissioner of the New Hampshire Department of Safety; ROBERT R. SCOTT, in the official capacity as Commissioner of the New Hampshire Department of Environmental Services,

Appellants.

_____

## APPELLANTS' ASSENTED-TO MOTION FOR A TWO-WEEK EXTENSION TO THE DEADLINE FOR FILING APPELLANTS' BRIEF

Appellants Robert Quinn, Commissioner of the New Hampshire Department of Safety, and Robert Scott, Commissioner of the New Hampshire Department of Environmental Services ("NHDES") (collectively, the "Commissioners"), by and through their undersigned counsel, the Office of the New Hampshire Attorney General, pursuant to the Court's March 11, 2026 Briefing Notice and upon timely motion for good cause shown herein, respectfully request a two-week extension of

1

their April 20, 2026 deadline to file their brief in this matter.  In support of their motion, the Commissioners aver as follows:

1.      As the Court's February 27, 2026 Docketing Statement reflects, the parties hereto have been embroiled in litigating complex constitutional and environmental issues with recurring filings and deadlines on a compressed schedule before the District Court since December 8, 2025.

2.      The parties have also briefed the Commissioners' motion to stay this matter pending appeal which is currently pending before the Court.

3.      This case is an interlocutory appeal involving a number of complex statutory and constitutional questions related to the District Court's authority to provide relief to Appellant Gordon-Darby Holdings, Inc. ("Gordon-Darby") under the federal Clean Air Act.

4.      After this Court's briefing schedule was issued, Gordon-Darby filed a motion for contempt in the District Court matter below on March 13, 2026.  ECF-50-1.  Gordon-Darby has also filed an assented-to reply (ECF-53) on April 4, 2026 to the Commissioners' March 30, 2026 objection (ECF-51) to Gordon Darby's motion for contempt, precipitating a surreply by Appellants, which is due tomorrow.

5.      Litigating the same case at both the District Court and Circuit Court levels at the same time at the tail end of a compressed five-month schedule

2

presents a hardship for the Assistant Attorney Generals appearing herein.  The Appellants consequently request a modest two-week extension to the April 20, 2026 deadline to file their brief to May 4, 2026.

6.      Gordon-Darby's counsel has assented to the relief sought herein.

WHEREFORE, the Commissioners for good cause shown respectfully request a two-week extension of the deadline to file their brief from April 20, 2026 to May 4, 2026.

Respectfully submitted,

JOHN M. FORMELLA
ATTORNEY GENERAL

April 7, 2026

/s/ Mark L. Lucas
Mark L. Lucas, Bar # 1222214
Joshua C. Harrison, Bar #1194556
Assistant Attorneys General
Environmental Protection Bureau
Office of the Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, New Hampshire 03301
(603) 271-3679
Mark.L.Lucas@doj.nh.gov
Joshua.C.Harrison@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's ECF filing system on all counsel of record.

/s/ Joshua Harrison
Joshua Harrison, Bar #1194556

3