**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

GORDON-DARBY HOLDINGS, INC.,

*Plaintiff-Appellee,*

v.

ROBERT L. QUINN, in the official
capacity as Commissioner of the New
Hampshire Department of Safety, et al.,

*Defendants-Appellants.*

No. 26-1209

**NOTICE OF APPELLEE GORDON-DARBY HOLDINGS, INC.'S
VOLUNTARY DISMISSAL OF UNDERLYING ACTION**

Appellee Gordon-Darby Holdings, Inc. respectfully provides notice to the

Court of its recent filing in the United States District Court for the District of New

Hampshire of a Notice of Voluntary Dismissal of the district court action from

which this interlocutory appeal arises. Appellee filed its Notice of Voluntary

Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF-57. The

Notice of Voluntary Dismissal is attached hereto as Exhibit A.

Counsel for Appellants requested that Gordon-Darby also include the

following statement in this notice: "The Commissioners intend to seek a vacatur of

the preliminary injunction order."

1

Dated: May 8, 2026                          Respectfully submitted,


                                            /s/ Andrew D. Knudsen
Amy Manzelli                                Allison D. Wood
Andrian Lee                                 Andrew D. Knudsen
BCM Environmental & Land Law,               Kirsten M. Bahnson
PLLC                                        MCGUIREWOODS LLP
3 Maple Street                              888 16th Street, N.W., Suite 500
Concord, NH 03301                           Washington, D.C. 20006
(603) 225-2585                              (202) 857-1700
manzelli@nhlandlaw.com                      awood@mcguirewoods.com
                                            aknudsen@mcguirewoods.com
                                            kbahnson@mcguirewoods.com

                                            *Counsel for Plaintiff-Appellee*
                                            *Gordon-Darby Holdings, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on May 8, 2026, a copy of this filing was served via the Court's

CM/ECF system on all counsel of record.

/s *Andrew D. Knudsen*
ANDREW D. KNUDSEN