# United States Court of Appeals
## For the First Circuit

No. 26-1209

GORDON-DARBY HOLDINGS, INC.,

Plaintiff - Appellee,

v.

ROBERT L. QUINN, in the official capacity as Commissioner of the New Hampshire Department of Safety; ROBERT R. SCOTT, in the official capacity as Commissioner of the New Hampshire Department of Environmental Services,

Defendants - Appellants.

### ORDER OF COURT

Entered: June 3, 2026

Defendant-appellants have filed a motion entitled "Motion for Supplemental Briefing on Whether Appellee's Filing of Federal Rule of Civil Procedure 41(a)(1)(A)(i) Voluntary Dismissal with the District Court Following this Court's Grant of a Stay Pending Appeal Affects Appellate Jurisdiction." In response, plaintiff-appellee has filed a motion entitled "Motion to Dismiss for Lack of Jurisdiction and Opposition to Appellants' Motion for Supplemental Briefing." Defendant-appellants, in turn, have filed a "Reply to Response to Motion for Supplemental Briefing" and a "Response to Appellee's Motion to Dismiss Appeal as Moot." These filings are resolved as follows. All issues raised therein shall be addressed in briefing and are reserved to the ultimate merits panel. Defendant-appellants' opening brief already has been accepted for filing. Within 14 days, defendant-appellants may file an amended opening brief that includes discussion of the issues raised in the current motions; alternatively, defendant-appellants may file a supplemental brief addressing relevant issues. The total word count for any amended opening brief should not exceed 17,000 words; in the event defendant-appellants opt to file a supplemental brief, the total combined word count of the opening brief and supplemental brief should not exceed 17,000 words. The response brief will be due within 30 days of service of the amended opening brief or supplemental brief, and, with that brief, plaintiff-appellee also should address the issues raised in the current filings. The response brief also should be limited to 17,000 words. Any reply brief will be due within 21 days of service of the response brief and, for purposes of length, should comply with Federal Rule of Appellate Procedure 32(a)(7).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Joshua Connor Harrison
Mark Lucas
Amy Manzelli
Allison D. Wood
Andrew D. Knudsen
Kirsten Bahnson
Makram B. Jaber
Andrian Lee